JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ET AL., | Case No. CV 22-7064 PA (RAOx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| ROBERT B. OLIVER, TRUSTEE, ET AL., | |
| Defendants. | |

In accordance with the Court's March 1, 2023 Minute Order dismissing this action for failure to prosecute and failure to comply with a Court Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: March 1, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE